UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

Kristin Cohen,

                        Plaintiff,

    -against-

Decicco & Sons, LLC, et al.,

                        Defendants.

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

4/14/2025

**24-cv-09315-NSR-VR**

**ORDER RE STATUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **June 4, 2025 at 10:30 a.m.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the status of discovery, their anticipated next steps, and any issues.

    SO ORDERED.

DATED: White Plains, New York

April 14, 2025

_____

VICTORIA REZNIK

United States Magistrate Judge